Christopher M. Bunge, Bar No. 258780
CBunge@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | Case No. CV 12-2544-JFW (RNBx) |
| Plaintiff, | *Honorable John F. Walter* |
| v. | |
| FTR INTERNATIONAL, INC.; NIZAR KATBI, an individual and as trustee of the NIZAR AND NUHA KATBI FAMILY TRUST; and NUHA SWEIDAN KATBI, as trustee for the NIZAR AND NUHA KATBI FAMILY TRUST, | **JUDGMENT** |
| | Pre-Trial Conference: July 5, 2013 |
| | Trial: July 23, 2013 |
| Defendants. | |

   WHEREAS, Plaintiff, Arch Insurance Company, moved for summary judgment against all defendants on February 6, 2013.

   WHEREAS, Defendants Nizar Katbi and the Katbi Family Trust opposed summary judgment on or about March 4, 2013. Defendant FTR International, Inc. filed no opposition.

   WHEREAS, on March 15, 2013, after reviewing all moving papers, supporting evidence and all opposition and evidence thereto, the Court granted

Plaintiff Arch Insurance Company's Motion for Summary Judgment in its entirety.

NOW, THEREFORE, based upon the Court's March 15, 2013 order granting Arch Insurance Company's motion for summary judgment, IT IS ORDERED, ADJUDGED and DECREED as FOLLOWS:

1. Plaintiff Arch Insurance Company shall have and recover from Defendants FTR International, Inc., Nizar Katbi, as an individual and as trustee of the Nizar and Nuha Katbi Family Trust, Nuha Katbi as trustee of the Nizar and Nuha Katbi Family Trust, and the Nizar and Nuha Katbi Family Trust, the principal sum of Eighteen Million Eight Hundred Fifty-Six Thousand Seven Hundred Sixty-Three Dollars and Zero Cents ($18,856,763.00).

2. Interest on the principal sum of Eighteen Million Eight Hundred Fifty-Six Thousand Seven Hundred Sixty-Three Dollars and Zero Cents ($18,856,763.00) at the Federal rate pursuant to 28 U.S.C. § 1961 shall accrue on the Judgment from the date of recordation of the abstract of Judgment.

IT IS SO ORDERED:

Dated: March 29, 2013

_____
Honorable John F. Walter